**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7447**

---

THOMAS G. GREEN,

Plaintiff - Appellant,

versus

T. F. FINKLEA, JR.; CHARLES HUGGINS,

Defendants - Appellees,

and

DILLON COUNTY SHERIFF'S DEPARTMENT; C. GORDON
MCBRIDE; STATE OF SOUTH CAROLINA; SOUTH CARO-
LINA LAW ENFORCEMENT DIVISION; SLED,

Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. William B. Traxler, Jr., District
Judge. (CA-95-926-3-21BC)

---

Submitted: December 19, 1996       Decided: January 6, 1997

---

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thomas G. Green, Appellant Pro Se. George Conrad Derrick, BRIDGES,
ORR, DERRICK & ERVIN, Florence, South Carolina, for Appellees.

---

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Green v. Finklea</u>, No. CA-95-926-3-21BC (D.S.C. Aug. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>